# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 01 2023

RECEIVED

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 28, 2023

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  Jill L. Stein, et al.
          v. Federal Election Commission
          Application No. 23A473
          (Your No. 21-1213)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on November 28, 2023, extended the time to and including January 12, 2024.

    This letter has been sent to those designated on the attached notification list.

                                      Sincerely,

                                      Scott S. Harris, Clerk

                                      by

                                      Rashonda Garner
                                      Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Oliver Barrett Hall
Center for Competitive Democracy
P.O. Box 21090
Washington, DC 20009


Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USCA Case #21-1213  Document #2029973  Filed: 12/01/2023  Page 3 of 3



FIRST-CLASS MAIL
11/29/2023
US POSTAGE $000.63
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

2000182666 C003